ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                              )
                                          )
Al Arrab Contracting Co., Ltd.            )   ASBCA Nos.    58493, 58877
                                          )
Under Contract No.    W90BRJ-06-C-0016    )

APPEARANCES FOR THE APPELLANT:        Frederic M. Levy, Esq.
                                      Aasma Azhar Khan, Esq.
                                        Covington & Burling LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Scott N. Flesch, Esq.
                                       Army Chief Trial Attorney
                                      Robert B. Neill, Esq.
                                      CPT John M. McAdams, III, JA
                                      Harry M. Parent, III, Esq.
                                      CPT Richard Hagner, JA
                                       Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  November 4, 2020

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58493, 58877, Appeal of Al Arrab Contracting Co., Ltd., rendered in conformance with the Board's Charter.

Dated:  November 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals